Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Marguerite L. Jonak (State Bar No. 143979)
  *marguerite.jonak@manningkass.com*
David Fleck (State Bar No. 192912)
  *David.Fleck@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, NAPHCARE, INC., NAPHCARE OF SAN DIEGO, LLC, and NHI NGOC DAI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA BENITEZ, an individual and as successor-in-interest to Decedent JOSE RAMON CERVANTES CONEJO; and JOSE ALBERTO QUINTERO, individually and as successor-in-interest to Decedent JOSE RAMON CERVANTES CORNEJO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; CITY OF ESCONDIDO; JAMES ALBERGO; PAUL MATA; DANA CASTLEBERRY; NHI NGOC DAI; NAPHCARE, INC.; NAPHCARE OF SAN DIEGO, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-1143-TWR-DDL<br>Consolidated with: 3:25-cv-1823<br>(Assigned to Judge Todd W. Robinson)<br><br>**DECLARATION OF DAVID L. FLECK IN SUPPORT OF NAPHCARE DEFENDANTS' EX PARTE APPLICATION FOR RELIEF FROM ORDER STRIKING REPLIES** |

I, **David L. Fleck**, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Defendants NaphCare, Inc., NaphCare of San Diego, LLC, and Nhi Ngoc Dai (collectively, "NaphCare Defendants"). I have personal knowledge of the facts

1  stated herein and could testify competently thereto.

2      2.    I submit this declaration in support of NaphCare Defendants' *Ex Parte*
3  Application for Relief from the Court's December 9, 2025 Order Striking Replies.
4  See Dkt. 50.

5      3.    Plaintiff Group A filed a civil rights action in state court on March 25,
6  2025. Plaintiff Group B filed a separate civil rights complaint in this Court on May
7  5, 2025. See Dkt. 1, No. 3:25-cv-1143-TWR-DDL.

8      4.    The Plaintiff Group A action was removed to this Court on July 18,
9  2025. See Dkt. 1, No. 3:25-cv-01823-TWR-DDL.

10      5.    On September 2, 2025, the Court consolidated the two cases. See Dkt.
11  12. The consolidation order did not merge the pleadings, and the two complaints
12  remain operative. Standing issues also remain unresolved.

13      6.    NaphCare Defendants initially filed separate motions to dismiss
14  addressing the distinct allegations in each complaint. Those motions appear at Dkts.
15  31 and 36.

16      7.    On October 22, 2025, the Court issued an order referencing Robinson
17  Standing Order § III.B.3, which requires multiple motions set for the same hearing
18  date to be consolidated into a single memorandum. See Dkt. 37.

19      8.    To comply with that directive, NaphCare Defendants filed a single
20  consolidated 25-page motion to dismiss on November 20, 2025. See Dkt. 38. The
21  consolidated motion condensed approximately 50 pages of separate briefing into one
22  memorandum.

23      9.    On November 20, 2025, Plaintiff Groups B and A each filed separate
24  25-page opposition briefs. See Dkts. 43, 45, respectively. Because the pleadings
25  remain unmerged, each opposition raised distinct factual and legal issues.

26      10.    On December 4, 2025, NaphCare Defendants filed two separate five-
27  page reply briefs, each responding to the arguments in the corresponding opposition.
28  These replies appear at Dkts. 46 and 47.

11. On December 9, 2025, the Court struck both reply briefs under Robinson Standing Order § III.B.3. See Dkt. 50.

12. Based on the text of the Standing Order and the consolidated-but-unmerged procedural posture of the case, I understood § III.B.3 to govern opening motions only and not reply briefs directed to separate oppositions.

13. The hearing on the consolidated motion to dismiss is set for December 18, 2025, just eight days from the date of this declaration.

14. On December 10, 2025, at approximately 8:43 AM, I provided notice of this Application to Plaintiffs' counsel via email, in compliance with S.D. Cal. CivLR 83.3(g). I provided counsel with a copy of this Application and notified them of my intent to file it the next afternoon. Plaintiffs' counsel Jerry Steering (Plaintiff Group A, 3:25-cv-1143) responded that he would not oppose the application. Plaintiffs' counsel Suzanne Skolnick (Plaintiff Group B, 3:25-cv-1823) responded that she intended to oppose the application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 11, 2025, at Los Angeles, California.

_____
David L. Fleck

3
DECLARATION OF DAVID L. FLECK